```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 17-02887-HWV
Rodger Joseph Gingco                                                Chapter 13
         Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: CGambini            Page 1 of 1           Date Rcvd: Aug 02, 2017
                              Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2017.
db             +Rodger Joseph Gingco,   14 Musket Drive,   Gettysburg, PA 17325-6408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Michael John Csonka    on behalf of Debtor Rodger Joseph Gingco office@csonkalaw.com,
               kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                 TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
)
   Rodger Joseph Gingco )   Case Number 1:17-bk-02887
)   Chapter 13
)
   Debtors/Movants )
)

## AMENDED ORDER OF COURT

IN CONSIDERATION of the Debtor's request for an extension, it is hereby ORDERED, ADJUDGED and DECREED, that the Debtor, Rodger Joseph Gingco, is granted an extension until August 7, 2017 to file a completed Chapter 13 petition in this case.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Bankruptcy Judge

(KB)

Dated: August 2, 2017