# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     RODGER JOSEPH GINGCO

            Debtor(s)

      CHARLES J. DEHART, III
      CHAPTER 13 TRUSTEE
            Movant

CHAPTER 13

CASE NO: 1-17-02887-HWV

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on August 8, 2017, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1)    A Petition under Chapter 13 was filed on July 12, 2017.

2)    The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).

     - **Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD**
     - **Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**
     - **CHAPTER 13 PLAN**

3)    If upon receipt of this Motion and the Notice, Debtors file the missing documents on or before the response date specified on said notice, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

                                                      Respectfully submitted,
                                                      s/ Charles J. DeHart, III
                                                      Standing Chapter 13 Trustee
                                                      8125 Adams Drive, Suite A
                                                      Hummelstown, PA 17036
                                                      (717) 566-6097

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RODGER JOSEPH GINGCO           CHAPTER 13

CASE NO: 1-17-02887-HWV

**NOTICE**

The debtor(s) filed a Chapter13 Bankruptcy Petition on July 12, 2017.

The Standing Chapter 13 Trustee, Charles J. DeHart, III, has filed a Motion to Dismiss for failure to file the indicated document(s) below:

- **Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD**
- **Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**
- **CHAPTER 13 PLAN**

A hearing with the Court has been scheduled for:

    Date: **September 13, 2017**
    Time: **09:30 AM**
    Location: **Ronald Reagan Federal Bldg**
    **Bankruptcy Courtroom, 3rd Floor**
    **228 Walnut Street**
    **Harrisburg, PA 17101**

Any objection/response to the Trustee's Motion to Dismiss must be filed and served on or before: **August 22, 2017**. If Debtor(s) file the missing documents on or before the stated response date, the Motion shall be deemed withdrawn and moot.

Additionally, if you file and serve an objection/response within the time period, a hearing will be held on the above date. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

Respectfully submitted,
s/ Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Dated: August 8, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RODGER JOSEPH GINGCO

Debtor(s)

CHAPTER 13

CASE NO: 1-17-02887-HWV

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Motion, Notice and Proposed Order by First Class Mail, unless served electronically, at the below address on August 8, 2017.

MICHAEL J CSONKA ESQUIRE
166 SOUTH MAIN STREET
KERRSTOWN SQUARE
CHAMBERSBURG, PA  17201-

RODGER JOSEPH GINGCO
14 MUSKET DRIVE
GETTYSBURG, PA  17325

                                        Respectfully submitted,
                                        s/  Vickie Williams
                                        for Charles J. DeHart, III, Trustee
                                        8125 Adams Drive, Suite A
                                        Hummelstown, PA  17036

Dated:  August 8, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RODGER JOSEPH GINGCO

    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-17-02887-HWV

vs.

RODGER JOSEPH GINGCO

MOTION TO DISMISS

    Respondent(s)

## ORDER DISMISSING CASE

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.