## Pay Stub 1

**BARRETT BUSINESS SERVICES, INC.** (EIN: 52-0812977)  4940 Campbell Blvd Ste 160 * Baltimore, MD 21236 * 410-583-7711

EMPLOYEE: XXX-XX-1000  Rodger J Gingco
STATUS: SINGLE   DEPENDENTS: 8   CHECK: 7198062
PYMT DATE: 03/17/2017  PERIOD: 02/27/17 - 03/12/17
CUSTOMER: 903914  FULLVIEW ALUMINUM & GLASS, INC

| CURRENT | YEAR |  | YTD TAXABLE |
|---|---|---|---|
| 1251.72 | 8648.38 | TOTAL PAY |  |
| 0.00 | 88.42 | FEDERAL | 8648.38 |
| 18.15 | 125.40 | MEDICARE | 8648.38 |
| 77.61 | 536.20 | SOC SECU | 8648.38 |
| 38.43 | 265.50 | PA INCOM | 8648.38 |
| 1117.53 | 7632.86 | NET PAY |  |
| 1117.53 |  | CHECKING PNCBANK NA XXXXXX17593 |  |

| CUSTOMER | HRS/WRKD | HRS/UNITS | RATE | PAY |  |
|---|---|---|---|---|---|
| 903914 | 8.00 | 8.00 | 35.8400 | 286.72 | REGULAR |
| 903914 | 4.00 | 4.00 | 21.5000 | 86.00 | REGULAR |
| 903914 | 2.50 | 2.50 | 21.5000 | 53.75 | REGULAR |
| 903914 | 30.00 | 30.00 | 25.0000 | 750.00 | REGULAR |
| 903914 | 3.50 | 3.50 | 21.5000 | 75.25 | REGULAR |

*It is your responsibility to review each item on your pay stub to ensure the accuracy of your pay.*
*Notify your employer of any errors, or name, address, or tax changes.*

## Pay Stub 2

**BARRETT BUSINESS SERVICES, INC.** (EIN: 52-0812977)  4940 Campbell Blvd Ste 160 * Baltimore, MD 21236 * 410-583-7711

EMPLOYEE: XXX-XX-1000  RODGER J GINGCO
STATUS: SINGLE   DEPENDENTS: 8   CHECK: 160786
PYMT DATE: 04/14/2017  PERIOD: 03/27/17 - 04/09/17
CUSTOMER: 903914  FULLVIEW ALUMINUM & GLASS, INC

| CURRENT | YEAR |  | YTD TAXABLE |
|---|---|---|---|
| 623.50 | 9271.88 | TOTAL PAY |  |
| 0.00 | 88.42 | FEDERAL | 9271.88 |
| 9.04 | 134.44 | MEDICARE | 9271.88 |
| 38.66 | 574.86 | SOC SECU | 9271.88 |
| 19.14 | 284.64 | PA INCOM | 9271.88 |
| 556.66 | 8189.52 | NET PAY |  |

| CUSTOMER | HRS/WRKD | HRS/UNITS | RATE | PAY |  |
|---|---|---|---|---|---|
| 903914 | 29.00 | 29.00 | 21.5000 | 623.50 | REGULAR |

*It is your responsibility to review each item on your pay stub to ensure the accuracy of your pay.*
*Notify your employer of any errors, or name, address, or tax changes.*

V#001439

## Pay Stub 3

**BARRETT BUSINESS SERVICES, INC.** (EIN: 52-0812977)  4940 Campbell Blvd Ste 160 * Baltimore, MD 21236 * 410-583-7711

EMPLOYEE: XXX-XX-1000  RODGER J GINGCO
STATUS: SINGLE   DEPENDENTS: 8   CHECK: 162608
PYMT DATE: 04/28/2017  PERIOD: 04/10/17 - 04/23/17
CUSTOMER: 903914  FULLVIEW ALUMINUM & GLASS, INC

| CURRENT | YEAR |  | YTD TAXABLE |
|---|---|---|---|
| 1496.39 | 10768.27 | TOTAL PAY |  |
| 16.18 | 104.60 | FEDERAL | 10768.27 |
| 21.70 | 156.14 | MEDICARE | 10768.27 |
| 92.77 | 667.63 | SOC SECU | 10768.27 |
| 45.94 | 330.58 | PA INCOM | 10768.27 |
| 1319.80 | 9509.32 | NET PAY |  |

| CUSTOMER | HRS/WRKD | HRS/UNITS | RATE | PAY |  |
|---|---|---|---|---|---|
| 903914 | 11.00 | 11.00 | 33.9100 | 373.01 | REGULAR |
| 903914 | 8.50 | 8.50 | 21.5000 | 182.75 | REGULAR |
| 903914 | 2.50 | 2.50 | 32.2500 | 80.63 | OVERTIME |
| 903914 | 40.00 | 40.00 | 21.5000 | 860.00 | REGULAR |

*It is your responsibility to review each item on your pay stub to ensure the accuracy of your pay.*
*Notify your employer of any errors, or name, address, or tax changes.*

V#001467

```
BARRETT BUSINESS SERVICES, INC. (EIN: 52-0812977)          4940 Campbell Blvd Ste 160 * Baltimore, MD 21236 * 410-583-7711
EMPLOYEE:  XXX-XX-1000   RODGER J GINGCO                   CURRENT     YEAR              YTD TAXABLE
STATUS  :  SINGLE        DEPENDENTS: 8       CHECK: 7779548  1567.42   15431.25  TOTAL PAY
PYMT DATE  06/09/2017    PERIOD: 05/22/17 - 06/04/17          23.28     172.72   FEDERAL      15431.25
CUSTOMER:  903914   FULLVIEW ALUMINUM & GLASS, INC            22.72     223.75   MEDICARE     15431.25
                                                              97.18     956.74   SOC SECU     15431.25
CUSTOMER   HRS/WRKD HRS/UNITS    RATE    PAY                  48.12     473.74   PA INCOM     15431.25
 903914     12.00    12.00    39.1600   469.92 REGULAR      1376.12   13604.30   NET PAY
 903914     31.00    31.00    25.0000   775.00 REGULAR      1376.12             CHECKING PNCBANK NA XXXXXX17593
 903914      7.00     7.00    21.5000   150.50 REGULAR
 903914      0.00     8.00    21.5000   172.00 HOLIDAY
```

It is your responsibility to review each item on your pay stub to ensure the accuracy of your pay.

Notify your employer of any errors, or name, address, or tax changes.

```
BARRETT BUSINESS SERVICES, INC. (EIN: 52-0812977)          4940 Campbell Blvd Ste 160 * Baltimore, MD 21236 * 410-583-7711
EMPLOYEE:  XXX-XX-1000   RODGER J GINGCO                   CURRENT     YEAR              YTD TAXABLE
STATUS  :  SINGLE        DEPENDENTS: 8       CHECK: 8134569    0.00   20656.46  TOTAL PAY
PYMT DATE : 07/24/2017   PERIOD: 07/03/17 - 07/16/17           0.00     312.69  FEDERAL       20656.46
CUSTOMER:  903914   FULLVIEW ALUMINUM & GLASS, INC             0.00     299.52  MEDICARE      20656.46
                                                               0.00    1280.70  SOC SECU      20656.46
CUSTOMER   HRS/WRKD HRS/UNITS    RATE    PAY                   0.00     634.15  PA INCOM      20656.46
 903914      0.00     0.00    0.0000     0.00 ADJ VOUC       -168.73      0.00  G505
                                                              168.73  18129.40  NET PAY
                                                              168.73  18129.40  NET PAY
                                                              168.73            CHECKING PNCBANK NA XXXXXX17593
```

It is your responsibility to review each item on your pay stub to ensure the accuracy of your pay.

Notify your employer of any errors, or name, address, or tax changes.