```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                          Case No. 17-02887-HWV
Rodger Joseph Gingco                                            Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1         User: CGambini           Page 1 of 1           Date Rcvd: Aug 08, 2017
                             Form ID: pdf010          Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2017.
```
db           +Rodger Joseph Gingco,    14 Musket Drive,    Gettysburg, PA 17325-6408
4944061      +Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
4944062      +CitiCards CBNA,    701 E 60th St N,    Sioux Falls, SD 57104-0432
4944063      +Comcast Keystone East,    P O Box 985,    Toledo, OH 43697-0985
4944064      +Cumberland Township Authority,    1370 Fairfield Rd,    Ste 2,   Gettysburg, PA 17325-7267
4944065      +Dennis E Uhlfelder DDS,    Green Spring Station,    10751 Falls Rd, Ste 435,
               Lutherville Timonium, MD 21093-4550
4944067      +First National Bank Omaha,    P O Box 2557,    Omaha, NE 68103-2557
4947000      +First National Bank of Omaha,    1620 Dodge Street, Stop code 3105,    Omaha, NE 68197-0002
4944068      +GC Services LTD,    6330 Gulfton,    Houston, TX 77081-1198
4944071      +Mariner Finance,    3534 Brenbrook Dr,    Randallstown, MD 21133-4902
4944370      +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4944072      +Rushmore Loan Mgmt Svcs,    P O Box 5207,    Irvine, CA 92616-5207
4944073      +Wells Fargo,    P O Box 6425,    Carol Stream, IL 60197-6425
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4944058      +E-mail/Text: legal@arsnational.com Aug 08 2017 19:07:17     ARS National Svcs, Inc,
               P O Box 463023,    Escondido, CA 92046-3023
4944057      +E-mail/Text: roy.buchholz@allianceoneinc.com Aug 08 2017 19:07:14     Alliance One Receivables,
               P O Box 3107,    Southeastern, PA 19398-3107
4944069      +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2017 19:08:30     GECRB/Care Credit,
               P O Box 965036,    Orlando, FL 32896-5036
4944070      +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2017 19:08:30     GECRB/Walmart,   BK Dept,
               P O Box 103104,    Roswell, GA 30076-9104
4944074      +E-mail/Text: kcm@yatb.com Aug 08 2017 19:07:14     York Adams Tax Bureau,    P O Box 15627,
               York, PA 17405-0156
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4944059     ##+Bank of America,    P O Box 15026,    Wilmington, DE 19850-5026
4944060     ##+Bureau of Collection Recovery LLC,    7575 Corporate Way,    Eden Prairie, MN 55344-2022
4944066     ##+Encore Receivable Mgmt Inc,    P O Box 1880,    Southgate, MI 48195-0880
                                                                                TOTALS: 0, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              Michael John Csonka    on behalf of Debtor Rodger Joseph Gingco office@csonkalaw.com,
               kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
)
Rodger Joseph Gingco ) Case No. 1-17-bk-02887
) Chapter 13
)
Debtor/Movant )
)

## ORDER OF COURT

UPON CONSIDERATION, of the Debtor's Motion to Extend Automatic Stay (the "Motion"), it is hereby

ORDERED that the Motion is GRANTED and the Automatic Stay imposed by the filing of the petition in the above case shall be extended to all creditors beyond the 30 days after the filing of the above case and shall remain in effect until further Order of Court.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Bankruptcy Judge

(KB)

Dated: August 8, 2017