## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    RODGER JOSEPH GINGCO

          Debtor(s)

                            CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
          Movant

vs.

RODGER JOSEPH GINGCO

                            CASE NO: 1-17-02887-HWV

          Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on January 22, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1.     A Plan was filed on August 8, 2017.

2.     A Confirmation hearing was held and an Order was entered on October 11, 2017 directing that an amended plan be filed within sixty (60) days.

3.     As of the date of this Motion, an amended plan has not been filed.

4.     The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable Plan.

          Respectfully submitted,

          s/   James K. Jones, Esq.
          Id:  39031
          Attorney for Trustee
          Charles J. DeHart, III
          Standing Chapter 13 Trustee
          Ste. A, 8125 Adams Drive
          Hummelstown, PA   17036
          Ph.  717-566-6097
          Fax. 717-566-8313
          eMail: jjones@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:     RODGER JOSEPH GINGCO

                                  CHAPTER 13

            Debtor(s)

        CHARLES J. DEHART, III
        CHAPTER 13 TRUSTEE           CASE NO: 1-17-02887-HWV
              Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| Ronald Reagan Federal Bldg<br>Bankruptcy Courtroom, 3rd Floor<br>228 Walnut Street<br>Harrisburg, PA 17101 | Date:    February 14, 2018<br><br>Time:    09:35 AM |

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

                                     Charles J. DeHart, III, Trustee
                                      8125 Adams Drive, Suite A
                                      Hummelstown, PA   17036
                                      Phone:  (717) 566-6097
                                      Email:   dehartstaff@pamd13trustee.com

Dated:   January 22, 2018

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN      RODGER JOSEPH GINGCO       CHAPTER 13
RE:

                                       CASE NO: 1-17-02887-HWV

      Debtor(s)

      CHARLES J. DEHART, III
      CHAPTER 13 TRUSTEE
        Movant

## CERTIFICATE OF SERVICE

      AND NOW, on January 22, 2018, I, Vickie Williams, hereby certify that I served a copy of the Trustee's Motion to Dismiss, Notice, and Proposed Order either electronically or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, first class mail, postage prepaid, addressed to the following:

MICHAEL J CSONKA ESQUIRE
166 SOUTH MAIN STREET
KERRSTOWN SQUARE
CHAMBERSBURG, PA 17201-

RODGER JOSEPH GINGCO
14 MUSKET DRIVE
GETTYSBURG, PA 17325

                              Respectfully Submitted,
                              s/    Vickie Williams
                              for Charles J. DeHart, III, Trustee
                              8125 Adams Drive, Suite A
                              Hummelstown, PA 17036
                              Phone: (717) 566-6097
                              Email: dehartstaff@pamd13trustee.com

Dated: January 22, 2018

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   RODGER JOSEPH GINGCO

               Debtor(s)              CHAPTER 13

     CHARLES J. DEHART, III
     CHAPTER 13 TRUSTEE
           Movant

     vs.

     RODGER JOSEPH GINGCO     CASE NO: 1-17-02887-HWV

               Respondent(s)

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.