```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                                Case No. 17-02887-HWV
Rodger Joseph Gingco                                                  Chapter 13
         Debtor                     CERTIFICATE OF NOTICE

District/off: 0314-1           User: CGambini              Page 1 of 2              Date Rcvd: Feb 15, 2018
                               Form ID: ordsmiss           Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2018.
```
db          +Rodger Joseph Gingco,    14 Musket Drive,    Gettysburg, PA 17325-6408
4975753     +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
4944063     +Comcast Keystone East,    P O Box 985,    Toledo, OH 43697-0985
4944064     +Cumberland Township Authority,    1370 Fairfield Rd,    Ste 2,    Gettysburg, PA 17325-7267
4944065     +Dennis E Uhlfelder DDS,    Green Spring Station,    10751 Falls Rd, Ste 435,
              Lutherville Timonium, MD 21093-4550
4944067     +First National Bank Omaha,    P O Box 2557,    Omaha, NE 68103-2557
4947000     +First National Bank of Omaha,    1620 Dodge Street, Stop code 3105,    Omaha, NE 68197-0002
4944068     +GC Services LTD,    6330 Gulfton,    Houston, TX 77081-1198
4944071     +Mariner Finance,    3534 Brenbrook Dr,    Randallstown, MD 21133-4902
4983175     +PUNTA GORDA HMA PHYSICIAN MANAGEMENT LLC C/O PASI,     PO BOX 188,    BRENTWOOD, TN 37024-0188
4957398     +Pinpoint Radiology,    c/o The Cherrington Firm,    746 E 1910 S Ste 3,    Provo, UT 84606-6225
5009277     +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
4944072     +Rushmore Loan Mgmt Svcs,    P O Box 5207,    Irvine, CA 92616-5207
4944073     +Wells Fargo,    P O Box 6425,    Carol Stream, IL 60197-6425
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4944058     +EDI: ARSN.COM Feb 15 2018 18:53:00      ARS National Svcs, Inc,    P O Box 463023,
              Escondido, CA 92046-3023
4944057     +EDI: ALLIANCEONE.COM Feb 15 2018 18:53:00      Alliance One Receivables,    P O Box 3107,
              Southeastern, PA 19398-3107
4944059     +EDI: BANKAMER.COM Feb 15 2018 18:53:00      Bank of America,    P O Box 15026,
              Wilmington, DE 19850-5026
4944061     +EDI: CAPITALONE.COM Feb 15 2018 18:53:00      Capital One Bank,    PO Box 71083,
              Charlotte, NC 28272-1083
4944062     +EDI: CITICORP.COM Feb 15 2018 18:53:00      CitiCards CBNA,    701 E 60th St N,
              Sioux Falls, SD 57104-0432
4944069     +EDI: RMSC.COM Feb 15 2018 18:53:00      GECRB/Care Credit,    P O Box 965036,
              Orlando, FL 32896-5036
4944070     +EDI: RMSC.COM Feb 15 2018 18:53:00      GECRB/Walmart,    BK Dept,    P O Box 103104,
              Roswell, GA 30076-9104
4980780      EDI: PRA.COM Feb 15 2018 18:53:00      Portfolio Recovery Associates, LLC,    POB 12914,
              Norfolk VA 23541
4944370     +EDI: PRA.COM Feb 15 2018 18:53:00      PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021
4955303     +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 15 2018 18:51:30
              Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
              Harrisburg, PA 17128-0946
4981041      EDI: Q3G.COM Feb 15 2018 18:53:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
              PO Box 788,    Kirkland, WA 98083-0788
4966007      EDI: AIS.COM Feb 15 2018 18:53:00      Verizon,   by American InfoSource LP as agent,
              PO Box 248838,    Oklahoma City, OK 73124-8838
4944074     +E-mail/Text: kcm@yatb.com Feb 15 2018 18:51:25      York Adams Tax Bureau,    P O Box 15627,
              York, PA 17405-0156
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4944060     ##+Bureau of Collection Recovery LLC,    7575 Corporate Way,    Eden Prairie, MN 55344-2022
4944066     ##+Encore Receivable Mgmt Inc,    P O Box 1880,    Southgate, MI 48195-0880
                                                                                 TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2018                                      Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2018 at the address(es) listed below:

    Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
    James Warmbrodt   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com
    Michael John Csonka   on behalf of Debtor 1 Rodger Joseph Gingco office@csonkalaw.com, kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
    United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                                         TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Rodger Joseph Gingco<br>**Debtor(s)** | Chapter 13<br>Case No. 1:17−bk−02887−HWV |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: February 15, 2018

By the Court,

*Henry W. Van Eck*

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: CGambini, Deputy Clerk